# Exhibit A

| Product | Synthetic Ingredients |
|---|---|
| THAYERS® Natural Remedies Cucumber Deodorant | Phenoxyethanol, Caprylyl Glycol |
| THAYERS® Natural Remedies Rose Petal Deodorant | Phenoxyethanol, Caprylyl Glycol |
| THAYERS® Natural Remedies Unscented Deodorant | Phenoxyethanol, Caprylyl Glycol |
| THAYERS® Natural Remedies Rose Petal Facial Toner | Phenoxyethanol, Caprylyl Glycol; Citric Acid |
| THAYERS® Natural Remedies Rose Petal Facial Mist | Phenoxyethanol, Caprylyl Glycol; Citric Acid |
| THAYERS® Natural Remedies Rose Petal Toning Towelettes | Phenoxyethanol, Caprylyl Glycol, Potassium Sorbate, Sodium Benzoate, Propanediol, Fragrance; Citric Acid |
| THAYERS® Natural Remedies Coconut Water Facial Toner | Phenoxyethanol, Caprylyl Glycol; Citric Acid |
| THAYERS® Natural Remedies Coconut Water Facial Mist | Phenoxyethanol, Caprylyl Glycol; Citric Acid |
| THAYERS® Natural Remedies Lemon Astringent | Phenoxyethanol, Caprylyl Glycol; Citric Acid |
| THAYERS® Natural Remedies Lemon Toning Towelettes | Phenoxyethanol, Caprylyl Glycol, Potassium Sorbate, Propanediol, Fragrance; Citric Acid |
| THAYERS® Natural Remedies Cucumber Facial Toner | Phenoxyethanol, Caprylyl Glycol; Citric Acid |
| THAYERS® Natural Remedies Cucumber Facial Mist | Phenoxyethanol, Caprylyl Glycol; Citric Acid |
| THAYERS® Natural Remedies Cucumber Toning Towelettes | Phenoxyethanol, Caprylyl Glycol, Potassium Sorbate, Propanediol, Polysorbate 20; Citric Acid |
| THAYERS® Natural Remedies Original Facial Toner | Phenoxyethanol, Caprylyl Glycol; Citric Acid |
| THAYERS® Natural Remedies Medicated Skin Irritation Relief Pads | Phenoxyethanol, Polysorbate 20 |
| THAYERS® Natural Remedies Unscented Facial Toner | Phenoxyethanol, Caprylyl Glycol; Citric Acid |
| THAYERS® Natural Remedies Unscented Facial Mist | Phenoxyethanol, Caprylyl Glycol; Citric Acid |
| THAYERS® Natural Remedies Unscented Toning Towelettes | Phenoxyethanol, Potassium Sorbate, Propanediol; Citric Acid |
| THAYERS® Natural Remedies Lavender Facial Toner | Phenoxyethanol, Caprylyl Glycol; Citric Acid |
| THAYERS® Natural Remedies Lavender Facial Mist | Phenoxyethanol, Caprylyl Glycol; Citric Acid |
| THAYERS® Natural Remedies Original Astringent | Phenoxyethanol, Caprylyl Glycol; Citric Acid |
| THAYERS® Natural Remedies Original Astringent Pads | Phenoxyethanol, Caprylyl Glycol; Citric Acid |
| THAYERS® Natural Remedies Blemish Clearing Pads | Phenoxyethanol, Caprylyl Glycol; Citric Acid |
| THAYERS® Natural Remedies Blemish Clearing Balm | Phenoxyethanol |
| THAYERS® Natural Remedies Blemish Clearing Cleanser | Phenoxyethanol |
| THAYERS® Natural Remedies Blemish Clearing Toner | Phenoxyethanol, Caprylyl Glycol; Citric Acid |
| THAYERS® Natural Remedies Lemon Blemish Stick | Propanediol |
| THAYERS® Natural Remedies Cranberry Orange Facial Mist | Phenoxyethanol, Caprylyl Glycol; Citric Acid |
| THAYERS® Natural Remedies Antioxidant Facial Mist | Phenoxyethanol, Caprylyl Glycol; Maltodextrin; Citric Acid |
| THAYERS® Natural Remedies Awakening Facial Mist | Phenoxyethanol, Caprylyl Glycol; Maltodextrin; Citric Acid |
| THAYERS® Natural Remedies Calming Facial Mist | Phenoxyethanol, Caprylyl Glycol; Citric Acid |