UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CYNTHIA EARLY, )
    Plaintiff(s), )
)
v. ) Case No. 4:20-cv-01678
)
HENRY THAYER COMPANY, INC., )
    Defendant(s). )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now **Plaintiff, Cynthia Early,** and notifies the court of the intent to use
(Plaintiff or Defendant)

**Cooke Process Service**
(name and address of process server)

**150 Connecticut Avenue**

**Norwalk, CT 06854-1930**

To serve: **Henry Thayer Company, Inc.** in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

12/01/2020                                           /s/ Steffan T. Keeton, Esq.
(date)                                                    (attorney for Plaintiff)

                                                                  (attorney for Defendant)