# **EXHIBIT 1**

  



**Directions:** Apply with a cotton ball or soft pad to cleanse, soften, refresh and moisturize skin. Use anytime throughout the day as a softening refresher.

**Ingredients:** Purified Water, Glycerin, Certified Organic Witch Hazel Extract Blend (Hamamelis Virginiana Extract (Witch Hazel*), Aloe Barbadensis Leaf Juice (Filet of Aloe Vera*)), Rosa Centifolia (Rose) Flower Water, Natural Fragrance, Citrus Grandis (Grapefruit) Seed Extract, Phenoxyethanol, Caprylyl Glycol, Ethylhexylglycerin, Citric Acid, Potassium Hydroxide

* Denotes Certified Organic Ingredients

The carefully selected, naturally sourced ingredients in this product may have undergone limited processing. Variations in color, clarity, etc. can be expected from lot to lot due to our use of naturally occurring ingredients.

**Questions or Comments?** 1-888-THAYER-1 • 1-888-842-9371
www.thayers.com • info@thayers.com • M-F 8am to 4pm EST


0  41507 07003  5

# THAYERS
## NATURAL REMEDIES

# FACIAL TONER
### WITCH HAZEL
ALOE VERA FORMULA

**ROSE PETAL**
ALCOHOL-FREE

12 fl oz (355 mL)

Flower Power. Make your skin bloom with **THAYERS® Rose Petal Facial Toner**. This gentle toner is derived from a time-honored formula, developed by Thayers to cleanse, tone, moisturize, and balance the pH level of skin. In addition to containing pore-cleansing Rose Water and certified organic Aloe Vera, this unique, proprietary blend also contains certified organic, non-distilled Witch Hazel that's grown exclusively for Thayers on a family farm in Fairfield County, Connecticut. By avoiding distillation of our Witch Hazel, we're able to preserve the naturally-occurring, beneficial tannins, which are known to offer antioxidant and antibacterial benefits, and bring about a natural glow. Thayers elixirs have been a fixture in medicine cabinets for generations - once you use them, you'll know why.

**Alcohol-Free • Paraben-Free • Phthalate-Free • Gluten-Free**

  Distributed by
**HENRY THAYER COMPANY**
65 ADAMS ROAD EASTON, CT 06612
  Made in USA