IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CYNTHIA EARLY, on behalf of herself and all others similarly situated, | ELECTRONICALLY FILED |
| Plaintiff, | CIVIL ACTION NO. 4:20-cv-01678-RLW |
| v. | |
| HENRY THAYER COMPANY, INC. | |
| Defendant. | |

### DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for HENRY THAYER COMPANY, INC. hereby discloses the following organizational interests:

L'Oréal USA, Inc. acquired the assets of Henry Thayer Company, Inc.  L'Oréal USA, Inc. is a wholly-owned subsidiary of L'Oréal S.A., which is a publicly held corporation.

Dated:  January 8, 2021

Respectfully submitted,

/s/ John K. Gisleson
John K. Gisleson, Esquire
(*Pro Hac Vice*) #62511(PA)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA  15219-6401
(412) 560-3300 (telephone)
(412) 560-7001 (facsimile)
john.gisleson@morganlewis.com

Franco A. Corrado, Esquire
(Pro Hac Vice) #91436 (PA)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
(215) 963-5000 (telephone)
(215) 963-5001 (facsimile)
franco.corrado@morganlewis.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2021, a true and correct copy of **DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ John K. Gisleson
John K. Gisleson