# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CYNTHIA EARLY, on behalf of herself and all others situated, | ELECTRONICALLY FILED |
| Plaintiffs, | CIVIL ACTION NO. 4:20-cv-01678-RLW |
| v. | |
| HENRY THAYER COMPANY, INC. and L'ORÉAL USA, Inc. | |
| Defendants. | |

AND NOW, this ___ day of _____, 2021, in consideration of the Parties' Joint Motion to Amend Case Management Order, the Court hereby GRANTS said motion, and amends the Case Management Order, ECF No. 36, as follows:

Paragraph 4(a)(i): Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed. R. Civ. P. by **February 1, 2022**, and shall make expert witnesses available for depositions and have depositions completed by **March 15, 2022**.

Paragraph 4(a)(ii): Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed. R. Civ. P. by **April 1, 2022**, and shall make expert witnesses available for depositions and have depositions completed by **May 13, 2022**.

Paragraph 4(a)(vi): The parties shall complete all discovery for Phase One by **May 13, 2022.**

All remaining deadlines may remain in place. A proposed order is attached.

SO ORDERED.

_____
Honorable Ronnie L. White
United States District Judge