# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CYNTHIA EARLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-CV-1678 RLW |
| ) | |
| HENRY THAYER COMPANY, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## FIRST AMENDED CASE MANAGEMENT ORDER

**IT IS HEREBY ORDERED** that the Joint Motion to Amend the Case Management Order is **GRANTED.** (ECF No. 45)

**IT IS FURTHER ORDERED** that the Case Management Order issued August 24, 2021, is modified as follows:

4(a)(i)  Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed. R. Civ. P., by **February 1, 2022**, and shall make expert witnesses available for depositions and have depositions completed by **March 15, 2022.**

(a)(ii)  Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed. R. Civ. P., by **April 1, 2022**, and shall make expert witnesses available for depositions and have depositions completed by **May 13, 2022**.

(a)(vi)  The parties shall complete all discovery for Phase One by **May 13, 2022**. Discovery requests must be served sufficiently prior to this date to allow the full response time before the completion date.

5.  Plaintiff's motion for class certification must be filed by **June 3, 2022**.  Defendant's response must be filed by **July 5, 2022**, or within 30 days of the filing of the class certification motion, whichever is earlier.  Plaintiff's reply must be filed by **July 19, 2022**, or within 14 days of the Defendant's filing of the response, whichever is earlier.  Any motion by Defendant under Daubert pertinent to class certification issues shall be filed at the same time Defendant responds to Plaintiff's class certification motion.  Any motion by Plaintiff under Daubert pertinent to class certification issues shall be filed with Plaintiff's Reply to Defendant's Response.

6.  Any motions to dismiss, motions for summary judgment, and motions for judgment on the pleadings must be filed by **July 5, 2022**.  The time limits of Local Rules 4.01(B) and (C) apply to Rule 12 motions.  For summary judgment motions, opposition briefs shall be filed by **August

**4, 2022**, or within 30 days of the filing of the motion, whichever is earlier; and any reply brief shall be filed by **August 18, 2022**, or within 14 days of the filing of the opposition, whichever is earlier. Any motion by Defendant under Daubert pertinent to summary judgment issues shall be filed at the same time Plaintiff responds Defendant's motion for summary judgment. Any motion by Defendant under Daubert pertinent to summary judgment issues shall be filed with Defendant's Reply to Plaintiff's Response.

**IT IS FURTHER ORDERED** that except as modified herein, the Case Management Order issued August 24, 2021, remains in fill force and effect **and shall not be further modified absent exceptional circumstances.**

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 30th day of November, 2021.