UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA EARLY, on behalf of herself and all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> HENRY THAYER COMPANY, INC., and L'OREAL USA, Inc., </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )     No. 4:20-CV-1678 RLW |

## ORDER

In accordance with the parties' Stipulation of Voluntary Dismissal (ECF Nos. 53),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear its or her own costs and attorneys' fees.

*Ronnie L. White*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this  14th  day of April, 2022.